

**FILED**

JAN 28 2015

Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORA ANN MORSETTE,<br><br>Defendant. | CR 14-99-GF-BMM<br><br>**VERDICT** |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, Theodora Ann Morsette,

    \_\_\_\_\_Not Guilty

    \_✓\_Guilty

of the offense of Theft from an Indian Tribal Government Receiving Federal Grants, as charged in Count I in the Indictment.

2. We, the Jury, in the above-entitled matter, unanimously find the defendant, Theodora Ann Morsette,

    \_\_\_\_\_Not Guilty

    \_✓\_Guilty

of the offense of Theft from an Indian Tribal Organization, as charged in Count II in the Indictment.

3. We, the Jury, in the above-entitled matter, unanimously find the defendant, Theodora Ann Morsette,

\_\_\_\_\_ Not Guilty

\_✓\_ Guilty

of the offense of Theft from a Health Care Facility, as charged in Count III in the Indictment.

DATED this _28_ day of January, 2015.

Foreperson signature redacted. Original document filed under seal.